IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY C. SCHIFF,<br>　　　Plaintiff<br>　　v.<br>S.C.I. SOMERSET MEDICAL<br>DEPARTMENT, *et al.*,<br>　　　Defendants | :<br>:<br>: Case No. 3:23-cv-150-KAP<br>:<br>:<br>: |

<u>Memorandum Order</u>

　　Plaintiff's motion to proceed *in forma pauperis*, ECF no. 1, is granted in accordance with the Prison Litigation Reform Act, 28 U.S.C. § 1915(a)(2), (b)(1)-(2). The inmate account officer at any institution where plaintiff may be incarcerated shall forward to the Clerk of the United States District Court for the Western District of Pennsylvania the greater of twenty percent of the average monthly deposits to the plaintiff's inmate account for the six months prior to the date of this order, or twenty percent of the average balance of plaintiff's inmate account during the same time period; and in accordance with 28 U.S.C. § 1915(b)(2), the inmate account officer shall begin immediately to deduct from plaintiff's inmate account twenty percent (20%) of each item of income on the date received, accrue these items and forward one payment per month of the amount accrued to the Clerk, whenever the amount in plaintiff's account exceeds $10.00, until the entire filing fee of $350.00 has been paid, regardless of any dismissal of the complaint.

DATE:　August 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Keith A. Pesto,
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Notice by U.S. Mail to:

Barry Schiff QF-4722
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA 15501

Inmate Account Officer